UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL E. BURNS,

        Plaintiffs,

    v.

MERIDIAN ASSOCIATES, INC.,

        Defendant.

_____/

No. C 13-4298 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment, filed on April 7, 2014.  The May 14, 2014 hearing date on plaintiffs' motion is VACATED.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED**.

Dated: April 8, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge