Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MERIDIAN ASSOCIATES, INC., a California Corporation,<br><br>    Defendant. | Case No.: C13-4298 PJH (NC)<br><br>**PLAINTIFFS' REQUEST TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT; and [PROPOSED] ORDER THEREON**<br><br>Date:  May 14, 2014<br>Time:  1:00 p.m.<br>Ctrm:  A, 15th Floor<br>        450 Golden Gate Avenue<br>        San Francisco, California<br>Judge: The Honorable Magistrate Judge<br>        Nathanael M. Cousins |

      Plaintiffs respectfully request that the hearing on their Motion for Default Judgment, currently scheduled for May 14, 2014, be continued for approximately twenty (20) days to June 4, 2014. Good cause exists to continue the hearing as follows:

      1.    Plaintiffs and Defendant recently reached an informal resolution of this matter.

      2.    Defendant informed Plaintiffs that its settlement payment had been mailed to Plaintiffs the evening of May 5, 2014.

      3.    Plaintiffs received Defendant's settlement payment at the close of business on Thursday, May 8, 2014.

      4.    Upon confirmation of bank clearance of Defendant's payment, which typically takes approximately two (2) weeks from the date of deposit, Plaintiffs intend on filing a voluntary dismissal of this action.

1    5.    Therefore, Plaintiffs respectfully request that the Court continue the hearing on
2  their Motion for Default Judgment, currently on calendar for May 14, 2014, for approximately
3  twenty (20) days to June 4, 2014.

4  Dated: May 9, 2014                             **SALTZMAN & JOHNSON**
                                                  **LAW CORPORATION**
5
6                                                 By: _____/S/_____
                                                      Erica J. Russell
7                                                     Attorneys for Plaintiffs

8  IT IS SO ORDERED.

9      Based on the foregoing, and good cause appearing, the currently set hearing on Plaintiffs'
10 Motion for Default Judgment is hereby continued to __June 4, 2014 at 1__:00 p.m.

11 Date: ____May 9, 2014____            _____
12                                      THE HONORABLE MAGISTRATE JUDGE
                                        NATHANAEL M. COUSINS
13                                      UNITED STATES DISTRICT COURT

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

 I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

 On **May 9, 2014**, I served the following document(s) on the parties to this action in the manner described below:

**PLAINTIFFS' REQUEST TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT; and [PROPOSED] ORDER THEREON**

<u>XX</u> **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

**Meridian Associates, Inc.**
**1470 Enea Circle, Suite 1750**
**Concord, CA 94104**

**Meridian Associates, Inc.**
**c/o Thomas Joseph Bomben, Agent for Service of Process**
**1530 Eastwoodbury Lane**
**Martinez, CA 94553**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of May, 2014, at San Francisco, California.

             /S/
             Alicia Rutkowski